STATE of Missouri, Respondent,

v.

Kimoni L. RUSSELL, Appellant.

Nos. WD 51310, WD 53793.

Missouri Court of Appeals, Western District.

Feb. 24, 1998.

Motion for Rehearing and/or Transfer to Supreme Court March 31, 1998.

Application for Transfer Denied May 26, 1998.

■

Andrew A. Schroeder, Asst. Public Defender Office, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, C.J., P.J., and SMART and ELLIS, JJ.

## *ORDER*

PER CURIAM.

Kimoni Russell appeals from his conviction for assault in the first degree, a Class B felony, § 565.050, RSMo 1994, and armed criminal action, a Class A felony, § 571.015, RSMo 1994, and the subsequent denial of his Rule 29.15 motion without an evidentiary hearing. Russell was sentenced as a prior offender to concurrent terms of fifteen and twenty-five years imprisonment, respectively.

Judgment affirmed. Rules 30.25(b) and 84.16(b).